# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JASON E. WALKUP,

    Petitioner,

vs.

D. W. NEVEN, et al.,

    Respondents.

Case No. 2:10-CV-00475-JCM-(LRL)

**ORDER**

    Respondents having submitted a motion for enlargement of time (first request) (#7), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (first request) (#7) is **GRANTED**.  Respondents shall have through August 5, 2010, to file and serve an answer or other response to the petition (#5).

    DATED:  July 7, 2010.

_____
JAMES C. MAHAN
United States District Judge